UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BANK OF AMERICA, N.A.,**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYLINE CONTRACTORS, INC. and ROBERTO DESANTIS,**<br><br>Defendants. | 4:13-CV-10573-TGB-RSW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF RENEWED JUDGMENT (ECF NO. 108)** |

Plaintiff Bank of America seeks to renew a $1,551,458.61 judgment that it obtained against Defendants Skyline Contractors and Roberto DeSantis on October 15, 2013.

There is no specific federal statute of limitations governing the period during which a federal judgment is effective. Fed. R. Civ. P. 69; *see also In re Fifarek*, 370 B.R. 754, 758 (W.D. Mich. June 20, 2007). Accordingly, federal courts look to state practices and procedures. *Consol. Rail Corp. v. Yashinsky*, 170 F.3d 591, 594-95 (6th Cir. 1999).

With some exceptions not relevant here, Michigan law establishes a ten-year limitations period on the enforcement of judgments. MCL § 600.5809(3). A party can extend this period by filing renewal actions to enforce the judgment, so long as the renewal actions are initiated within ten years "of the rendition of the judgment or decree." *Id.*; *see also* MCL § 600.2903 (providing that "[a]ny judgment in tort … of record in any

1

court of record in this state may be sued on and renewed, within the time and as provided by law").

Plaintiff Bank of America's motion was filed within the ten-year limitations period and complies with the applicable rules. Accordingly, the motion (ECF No. 108) will be **GRANTED**, and a renewed judgment in the amount of $1,551,458.61 will enter in its favor.

**SO ORDERED** this 25th day of October, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge